UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TECH DATA CORPORATION,**

 Plaintiff,

v.          Case No. 8:07-cv-409-T-30MSS

**MERCURY 3I.COM, INC.,**

 Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Motion to Dismiss Proceeding Without Prejudice (Dkt. #10). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Dismiss Proceeding Without Prejudice (Dkt. #10) is GRANTED. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 30, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-409.dismissal 10.wpd